## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAIME LUEVANO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-128-MJR** |
| | ) | |
| **NORTHERN CIRCUIT OF ILLINOIS,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On July 15, 2009, the Court issued a Memorandum and Order (Doc. 4) denying Plaintiff's

motion to proceed *in forma pauperis* status because he had accumulated "3 strikes" under 28

U.S.C. § 1915(g) prior to commencing this action. The Court ordered Plaintiff to pay the full $350

filing fee within 15 days. Plaintiff was warned that if he did not pay the full filing fee within the

time allotted, then his case would be closed for failure to pay the filing fee and for failing to

comply with an order of this Court. More than 15 days have passed and Plaintiff has not paid the

full filing fee as directed.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED**, with prejudice,

for failing to pay the full filing fee and for failing to comply with an order of this Court. All

pending motions are **DENIED**.

**IT IS SO ORDERED.**

**DATED this 31st day of August, 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**